## ADAM J. FISHBEIN, P.C.
ATTORNEY AT LAW

483 Chestnut Street
Cedarhurst, New York 11516

Telephone (516) 791-4400
Telecopier (516) 791-4411

July 6, 2012

**VIA ECF**
The Honorable Joan M. Azrack
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**RE:**  **Rosenberger v. Budzik**
   12 CV 1332 (FB) (JMA)

Dear Magistrate Judge Azrack:

I represent the plaintiff in the above referenced matter. We have a conference scheduled before Your Honor on July 12, 2012 at 1:30 p.m. Please be advised that the matter has settled but on a payment plan. I have received on settlement draft and should have the second one within thirty days. Plaintiff requests that the conference be adjourned, and that the plaintiff has forty five days to file a voluntary dismissal.

Thank you for the Court's consideration of the foregoing.

Yours faithfully,

/s/
Adam J. Fishbein

cc:   Terrance M. Fogarty, Esq. (via email)